Fritz Austermuehle, and Hilda Austermuehle, Appellants, v. John H. Hassels, and Edna C. Hassels, Defendants. Edna C. Hassels, Appellee.

Gen. No. 46,061. 

Peter D. Giachini, Alphonse Cerza, Robert J. Ley, and Robert C. Cross, for appellants; Fred B. Hanson, for appellees; Thomas E. Crowley, and William E. Corrigan, of counsel. Opinion by PRESIDING JUSTICE SCHWARTZ. Not to be published in full. Opinion filed November 10, 1953; released for publication December 1, 1953.